# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| APRIL GRIEGO,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CHAPS HOUSING ASSISTANT PROGRAM, et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00653-ART-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The application is incomplete. Most significantly, the application does not answer Question 2, which requires Plaintiff to provide her current employer and her current pay or wages. Docket No. 1 at 1. In the pending application, that section is blank. *See id.*

Accordingly, Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, is **DENIED** without prejudice. No later than **May 20, 2024**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments; or (2) pay the $405 fee for filing a civil action. If Plaintiff has no employment income, then the answer to Question 2 must so indicate. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS SO ORDERED.

Dated: April 19, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge